AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

MAURO C. PALACIO )
_____ )
*Plaintiff* )
v. ) Civil Action No. 22cv2800
CHARLOTTE M. LUCKSTONE )
_____ )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____

☑ other: Defendant's Motion to Dismiss be GRANTED and Plaintiff's Motion for Leave to File a Supplemental
Pleading be DENIED. It is further ORDERED that the action be DISMISSED WITHOUT PREJUDICE.

This action was *(check one):*

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge Royce C. Lamberth _____ on a motion

to dismiss for lack of subject matter jurisdiction.

Date: JULY 12, 2023

*ANGELA D. CAESAR, CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*
SAMANTHA CALLOWAY